**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Blue Prairie Brands, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FDBA   Blue Prairie Brands, LLC**<br>**DBA   Blue Prairie** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-3422176** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1150 Rundell Road**<br>**Gering, NE 69341** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Scotts Bluff** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.blueprairiebrands.com**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Blue Prairie Brands, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

| Debtor | **Blue Prairie Brands, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

   Contact name _____

   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Blue Prairie Brands, Inc.**                                        Case number (*if known*) _____
                    Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **10/27/2019**
                    MM / DD / YYYY

X */s/ Thomas R. Burrows*                              **Thomas R. Burrows**
    Signature of authorized representative of debtor        Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

X */s/ Maria Aprile Sawczuk*                    Date **October 27 2019**
    Signature of attorney for debtor                        MM / DD / YYYY

**Maria Aprile Sawczuk**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**501 Silverside Road**
**Suite 65**
**Wilmington, DE 19809**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 444-6710**        Email address    **marias@goldmclaw.com**

**3320 DE**
Bar number and State

## WRITTEN CONSENT OF THE STOCKHOLDERS OF
## BLUE PRAIRIE BRANDS, INC.
### (a Delaware corporation)

### Effective as of October 24, 2019

The undersigned, being the requisite stockholders (the "***Requisite Stockholders***") of Blue Prairie Brands, Inc., a Delaware corporation (the "***Company***"), do hereby consent to, take and adopt the following resolutions and actions by this unanimous written consent (this "***Consent***") in accordance with the Delaware General Corporation Law, as amended and in effect from time to time (the "***DGCL***") and the Bylaws of the Company, and direct that this Consent be placed in the record book of the Company:

### FILING PETITION OF BANKRUPTCY

**WHEREAS,** the Company's Board of Directors (the "***Board***") has determined that, in the judgment of the Board, it is desirable and in the best interest of the Company, its creditors, stockholders, other equity holders, and other interested parties to file a petition (the "***Petition***") seeking relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***");

**WHEREAS,** the written consent or affirmative vote of the holders of at least 55% of the then outstanding shares of Preferred Stock (as defined in the Company's Second Amended and Restated Certificate of Incorporation) is required in order to liquidate, dissolve or wind-up the business and affairs of the Company;

**WHEREAS,** the Requisite Stockholders constitute holders of at least 55% of the then outstanding shares of Preferred Stock;

**WHEREAS,** the Requisite Stockholders have considered the financial and operational aspects of the Company's business and the recommendations of the Board, the Company's professionals and advisors, and adopted the following resolutions.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that, in the judgment of the Requisite Stockholders, it is desirable and in the best interest of the Company, its creditors, stockholders, other equity holders, and other interested parties to file the Petition seeking relief under chapter 11 of title 11 of the Bankruptcy Code in the Bankruptcy Court; and be it further

**RESOLVED**, that the Petition is adopted in all respects and the Board is hereby authorized and directed, on behalf of the Company, to authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Board (or a person authorized by the Board) considers it appropriate; and be it further

## GENERAL AUTHORIZING RESOLUTION

**RESOLVED,** that all such other acts or things which would cause the transactions contemplated by these resolutions to be consummated and performed be, and hereby are, authorized, approved and adopted in all respects; and be it further

**RESOLVED,** that every act, action, agreement, document or instrument heretofore done, performed, made, executed or delivered by or on behalf of or in the name of the Company in order to effect the purposes and intentions of the foregoing resolutions be, and hereby is authorized, approved, ratified and adopted in all respects; and be it further

**RESOLVED,** that the directors and officers of the Company and other persons duly authorized by the Board of the Company are hereby authorized to perform such further acts and execute and deliver such further documents or instruments as such director or officer or authorized person may deem necessary or desirable to carry out, with respect to the Company, the intents and purposes of the foregoing resolutions; and be it further

**RESOLVED,** that this Consent may be executed in multiple counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same document.  Facsimile and portable document format signatures on this Consent may be accepted in lieu of the original signatures.

*(Signature Page Follows)*

IN WITNESS WHEREOF, the undersigned, constituting the Requisite Stockholders, have executed and acknowledged this Consent as of the date set forth above.

**STOCKHOLDERS:**

_____          _____
Uday C. Gupta, Individual                              Dated


_____          _____
Bradley A. Justice, Individual                          Dated


_____          _____
Richard Peet, Individual                                Dated


**PAVILION XI PARTNERS, LLC**


By: _____          _____
      Name:   Jayson M. Rieger                      Dated
      Title:    Managing Director


**PROTEOISBIO, LLC**


By: _____          _____
      Name:   Richard Peet                           Dated
      Title:    Director

IN WITNESS WHEREOF, the undersigned, constituting the Requisite Stockholders, have executed and acknowledged this Consent as of the date set forth above.

## STOCKHOLDERS:

**S2G VENTURES FUND I, L.P.**

By:     S2G Ventures, LLC
        Its General Partner


By: _____          _____
        Name:   Chuck Templeton             Dated
        Title:    Manager


**DSM VENTURING B.V.**

                                            October 25, 2019 | 13:18 PM PDT
By: _____          _____
        Name:   Pieter Wolters             Dated
        Title:    Director

                                            October 25, 2019 | 12:52 PM PDT
By: _____          _____
        Name:   Hans Vossen                Dated
        Title:    Director


**PM EQUITY PARTNER SÀRL**


By: _____          _____
        Name:   Marco Brunazzo             Dated
        Title:    Authorized Signatory


By: _____          _____
        Name:   Alexander Stoeckel         Dated
        Title:    Authorized Signatory


*[Signature Page to Blue Prairie Brands, Inc. Stockholder Consent – Bankruptcy]*

IN WITNESS WHEREOF, the undersigned, constituting the Requisite Stockholders, have executed and acknowledged this Consent as of the date set forth above.

**<u>STOCKHOLDERS:</u>**

**MIDDLELAND AG FUND II**

By:     Middleland AG II GP, LLC, its manager


By: _____          _____
     Name:   Scott Horner                                   Dated
     Title:    Director, Middleland AG II GP LLC


**MIDDLELAND BP HOLDINGS, LLC**

By:     Middleland AG II GP, LLC, its manager


By: _____          _____
     Name:   Scott Horner                                   Dated
     Title:    Director, Middleland AG II GP LLC


**INVEST NEBRASKA CORPORATION**


By: _____          _____
     Name:   Dan Hoffman                                   Dated
     Title:    President & CEO


**WOODLEY PARK INVESTMENTS, LLC**


By: _____          _____
     Name:   Richard Peet                                     Dated
     Title:    Chief Executive Officer


*[Signature Page to Blue Prairie Brands, Inc. Stockholder Consent – Bankruptcy]*

IN WITNESS WHEREOF, the undersigned, constituting the Requisite Stockholders, have executed and acknowledged this Consent as of the date set forth above.

**STOCKHOLDERS:**

**BUNGE VENTURES LTD.**

By: _____          _____
      Name:  Nanda Kumar                          Dated
      Title:  Chief Investment Officer and
            Managing Director

By: _____          _____
      Name:  Alanna Weifenbach                     Dated
      Title:  Director

*[Signature Page to Blue Prairie Brands, Inc. Stockholder Consent – Bankruptcy]*

IN WITNESS WHEREOF, the undersigned, constituting the Requisite Stockholders, have executed and acknowledged this Consent as of the date set forth above.

**STOCKHOLDERS:**

| | |
|---|---|
| Uday C. Gupta, Individual | Dated |

| | |
|---|---|
| Bradley A. Justice, Individual | Dated |

*Richard Peet*
70EBE61794294C5...

| | |
|---|---|
| Richard Peet, Individual | 10/25/2019 |
| | Dated |

**PAVILION XI PARTNERS, LLC**

By: _____

Name:   Jayson M. Rieger          Dated
Title:    Managing Director

**PROTEOISBIO, LLC**

*Richard Peet*
70EBE61794294C5...

By: _____          10/25/2019

Name:   Richard Peet          Dated
Title:    Director

*[Signature Page to Blue Prairie Brands, Inc. Stockholder Consent – Bankruptcy]*

IN WITNESS WHEREOF, the undersigned, constituting the Requisite Stockholders, have executed and acknowledged this Consent as of the date set forth above.

**STOCKHOLDERS:**

**S2G VENTURES FUND I, L.P.**

By:    S2G Ventures, LLC
       Its General Partner

By: _Chuck Templeton_                         10/24/2019
    Name:  Chuck Templeton                    Dated
    Title:    Manager


**DSM VENTURING B.V.**


By: _____                _____
    Name:  Pieter Wolters                     Dated
    Title:    Director


By: _____                _____
    Name:  Hans Vossen                        Dated
    Title:    Director


**PM EQUITY PARTNER SÀRL**

By: _Marco Brunazzo_                          10/25/2019
    Name:  Marco Brunazzo                     Dated
    Title:    Authorized Signatory

By: _____                10/25/2019
    Name:  Alexander Stoeckel                 Dated
    Title:    Authorized Signatory


*[Signature Page to Blue Prairie Brands, Inc. Stockholder Consent – Bankruptcy]*

IN WITNESS WHEREOF, the undersigned, constituting the Requisite Stockholders, have executed and acknowledged this Consent as of the date set forth above.

**STOCKHOLDERS:**

**MIDDLELAND AG FUND II**

By:    Middleland AG II GP, LLC, its manager

By: _Scott Horner_                    10/25/2019
       _____     _____
       Name:   Scott Horner             Dated
       Title:    Director, Middleland AG II GP LLC

**MIDDLELAND BP HOLDINGS, LLC**

By:    Middleland AG II GP, LLC, its manager

By: _Scott Horner_                    10/25/2019
       _____     _____
       Name:   Scott Horner             Dated
       Title:    Director, Middleland AG II GP LLC

**INVEST NEBRASKA CORPORATION**

By: _____     _____
       Name:   Dan Hoffman             Dated
       Title:    President & CEO

**WOODLEY PARK INVESTMENTS, LLC**

By: _Richard Peet_                    10/25/2019
       _____     _____
       Name:   Richard Peet             Dated
       Title:    Chief Executive Officer

*[Signature Page to Blue Prairie Brands, Inc. Stockholder Consent – Bankruptcy]*

IN WITNESS WHEREOF, the undersigned, constituting the Requisite Stockholders, have executed and acknowledged this Consent as of the date set forth above.

**STOCKHOLDERS:**

**BUNGE VENTURES LTD.**

By: _Nanda Kumar Puthumcode_                     10/25/2019
      2EECCE0EE7B748E_____     _____
      Name:  Nanda Kumar                     Dated
      Title:   Chief Investment Officer and
              Managing Director


By: _____     _____
      Name:  Alanna Weifenbach                  Dated
      Title:   Director

# United States Bankruptcy Court
## District of Delaware

In re   **Blue Prairie Brands, Inc.**
Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bernhard Van Lengerich** | **Common Stock** | **201,724** | **Equity Interest** |
| **Bradley A. Justice** | **Common Stock** | **91,400** | **Equity Interest** |
| **Bunge Ventures Ltd.** | **Preferred Stock** | **690,484** | **Equity Interest** |
| **Colin Rowe** | **Common Stock** | **39,167** | **Equity Interest** |
| **DSM Venturing B.V.** | **Preferred Stock** | **674,410** | **Equity Interest** |
| **Invest Nebraska Corporation** | **Preferred Stock** | **312,154** | **Equity Interest** |
| **Middleland AG Fund II** | **Preferred Stock** | **757,597** | **Equity Interest** |
| **Middleland BP Holdings, LLC** | **Preferred Stock** | **221,941** | **Equity Interest** |
| **Pavillion XI Partners, LLC** | **Common Stock** | **50,000** | **Equity Interest** |
| **PM Equity Partner Sàrl** | **Preferred Stock** | **1,385,194** | **Equity Interest** |
| **ProteiosBio, LLC** | **Common Stock** | **400,000** | **Equity Interest** |
| **Richard Peet** | **Common Stock** | **118,000** | **Equity Interest** |
| **S2G Ventures Fund I, L.P.** | **Preferred Stock** | **961,940** | **Equity Interest** |
| **Terry Frahm** | **Common Stock** | **170,155** | **Equity Interest** |

In re:   **Blue Prairie Brands, Inc.**                                          Case No. _____

                                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Thomas R. Burrows** | **Common Stock** | **281,202** | **Equity Interest** |
| **Uday C. Gupta** | **Common Stock** | **104,700** | **Equity Interest** |
| **Woodley Park Investments, LLC** | **Preferred Stock** | **323,978** | **Equity Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **10/27/2019** _____          Signature   */s/ Thomas R. Burrows* _____

                                                                          **Thomas R. Burrows, Authorized Representative**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re    **Blue Prairie Brands, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Blue Prairie Brands, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Middleland AG Fund II**

**PM Equity Partner Sàrl**

**S2G Ventures Fund I, L.P.**

☐ None [*Check if applicable*]

**10/27/2019**

Date

*/s/ Maria Aprile Sawczuk*

**Maria Aprile Sawczuk**

Signature of Attorney or Litigant
Counsel for   **Blue Prairie Brands, Inc.**

**Goldstein & McClintock LLLP**
**501 Silverside Road**
**Suite 65**
**Wilmington, DE 19809**
**(312) 337-7700 Fax:(312) 277-2305**
**marias@goldmclaw.com**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Blue Prairie Brands, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allo Communications – Phone** P.O. Box 2697 Omaha, NE 68103-2697 | | | | | | $154.45 |
| **Black Hills Energy** PO Box 6001 Rapid City, SD 57709-6001 | | | | | | $1,505.43 |
| **Bunge Ventures Ltd.** 2 Church Street Hamilton HM 11 Bermuda | | | | | | $375,000.00 |
| **Express Services, Inc.** P.O. Box 203901 Dallas, TX 75320-3901 | | | | | | $80,187.89 |
| **Fitts Farms** 160529 County Road 29 Gering, NE 69341 | | | Disputed | | | $79,450.00 |
| **Holland & Knight** P.O. Box 864084 Orlando, FL 32886-4084 | | | | | | $7,828.50 |
| **Lyco Manufacturing, Inc.** 115 Commercial Drive PO Box 31 Columbus, WI 53925 | | | | | | $10,005.35 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Blue Prairie Brands, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Medallion Labs 9000 Plymouth Avenue North Minneapolis, MN 55427 | | | | | | $611.00 |
| Middleland AG Fund II 1100 Vermont Ave NW, Suite 450 Washington, DC 20005 | | | | | | $400,000.00 |
| PM Equity Partner Sàrl Avenue de Rhodanie 50 1007 Lausanne Switzerland | | | | | | $1,000,000.00 |
| Presto-X PO Box 13848 Reading, PA 19612-3848 | | | | | | $192.60 |
| S2G Ventures Fund I, L.P. 210 N Carpenter Street, Suite 800 Chicago, IL 60607 | | | | | | $600,000.00 |
| S2G Ventures Fund II, L.P. 210 N Carpenter Street, Suite 800 Chicago, IL 60607 | | | | | | $375,000.00 |
| Scottsbluff Industries 250109 Skyport Dr. Scottsbluff, NE 69361 | | | | | | $333.90 |
| Snell Services, Inc. P.O. Box 484 Gering, NE 69341-0484 | | | | | | $2,435.17 |
| ULINE PO Box 88741 Chicago, IL 60680-1741 | | | | | | $1,141.31 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Blue Prairie Brands, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| UPS<br>PO Box 7247-0244<br>Philadelphia, PA<br>19170-0001 | | | | | | $370.59 |
| Urschel<br>1200 Cutting Edge<br>Dr Chesterton, IN<br>46304<br>PO Box 75<br>Remittance Drive<br>Dept 1657<br>Chicago, IL<br>60675-1657 | | | | | | $8,628.80 |
| Westco<br>724 West 3rd<br>P.O. Box H<br>Alliance, NE<br>69301-0774 | | | | | | $1,617.52 |
| Woodley Park<br>Investments, LLC<br>3100 Hawthorne<br>Street NW<br>Washington, DC<br>20008 | | | | | | $600,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Blue Prairie Brands, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒   Other document that requires a declaration        List of Equity Security Holders, Corporate Ownership Statement, Certification of Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/27/2019**                     X */s/ Thomas R. Burrows*
                                                                     Signature of individual signing on behalf of debtor

                                                                     **Thomas R. Burrows**
                                                                     Printed name

                                                                     **Authorized Representative**
                                                                     Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy